| U.S. POSTAL SERVICE | CERTIFICATE OF MAILING |
|---|---|
| MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL. DOES NOT PROVIDE FOR INSURANCE—POSTMASTER | |

Received From:

United States attorneys office

Sue E. Spiers
1920 Pater Ave.
Hamilton, OH 45015

PS Form **3817**, January 2001