UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Civil Action No. 1: 00 -cv - 310 |
| Plaintiff, | : | |
| v. | : | **ORDER** |
| Sue Spiers, | : | |
| Defendant. | : | |

The Defendant having appeared in Court in custody pursuant to an arrest warrant, and Defendant having consented to immediate participation today in the previously Court-ordered judgment debtor examination, Defendant is hereby ORDERED RELEASED from custody without requirement of posting bond.

IT IS SO ORDERED.

Date: 6/17/05

Timothy S. Black
United States Magistrate Judge

AGREED TO BY:

Sue Spiers
Defendant